**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Gulf Coast Brake & Motor, Inc., Michael Nagata, Jack Van Vleit and James (Pat) Edgar v. MHWIRTH Inc.

Appellate case number:    01-21-00492-CV

Trial court case number:    2021-14261

Trial court:    157th District Court of Harris County

The record in this appeal was due in this Court on September 20, 2021. *See* TEX. R. APP. P. 35.1(a). On September 22, 2021, the Clerk of this Court notified the trial court clerk and the court reporter that the record was past due, requesting that the record be filed by October 4, 2021. The clerk's record was filed on September 23, 2021. However, the court reporter has not responded to the Court's notice and the reporter's record has not been filed.

On October 5, 2021, appellants Gulf Coast Brake & Motor, Inc., Michael Nagata, Jack Van Vleit, and James (Pat) Edgar notified the Court that they have communicated with Sheri Ullrich, the official court reporter for the 157th District Court, and have "been made aware that there is no [r]eporter's [r]ecord" for the trial court cause being appealed. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3. **Appellant's brief is due to be filed no later than thirty days from the date of this order.** *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                             ☑ Acting individually    ☐ Acting for the Court

Date: ___October 12, 2021_____